AO 440 (Rev. 5/85)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 4/22/11 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER  Robert Olson | TITLE  Licensed Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served at 1 Police Plaza NY NY Rm 1406 on Katie Flaherty Agency Counsel On 4/22/11 @ 10:30 am

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/22/11
_____
Date

Signature of Server  Robert C Olson  Lic # 0861172

282-1147  Brooklyn NY 11215
_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.