# EXHIBIT C

| | |
|---|---|
| **From:** | SCHMETTERER,JERRY <SCHMETJ@BrooklynDA.org> |
| **Sent:** | Thursday, December 20, 2012 4:16 PM |
| **To:** | Zirinsky, Susan |
| **Cc:** | Aronofsky, Patti; VECCHIONE, MICHAEL F |
| **Subject:** | RE: Brooklyn DA |

See you all then. 350 Jay St. 19th floor.
Ask for me at the security desk.


```
Jerry Schmetterer
Director of Public Information
Kings County District Attorney
350 Jay Street
Brooklyn, N.Y. 11201
718-250-2300
```


**From:** Zirinsky, Susan [mailto:SZP@cbsnews.com]
**Sent:** Thursday, December 20, 2012 3:41 PM
**To:** SCHMETTERER,JERRY
**Cc:** Aronofsky, Patti; VECCHIONE, MICHAEL F
**Subject:** Re: Brooklyn DA

I am good

susan zirinsky
**senior executive producer, cbs**
szp@cbsnews.com
office:   212 975-6472
cell:      917 886-1257



On Dec 20, 2012, at 3:24 PM, "SCHMETTERER,JERRY" <SCHMETJ@BrooklynDA.org> wrote:

> 3 pm Tuesday January 8....Does that work for everyone?
>
> **From:** Aronofsky, Patti [mailto:PA2@cbsnews.com]
> **Sent:** Thursday, December 20, 2012 3:12 PM
> **To:** SCHMETTERER,JERRY; Zirinsky, Susan
> **Cc:** VECCHIONE, MICHAEL F
> **Subject:** Re: Brooklyn DA
>
> Z- first week of jan work?

1

CBS000001

**From:** Aronofsky, Patti
**Sent:** Thursday, December 20, 2012 02:41 PM
**To:** 'SCHMETJ@BrooklynDA.org' <SCHMETJ@BrooklynDA.org>; Zirinsky, Susan
**Cc:** 'VECCHIOM@BrooklynDA.org' <VECCHIOM@BrooklynDA.org>
**Subject:** Re: Brooklyn DA

Z -

**From:** SCHMETTERER,JERRY [mailto:SCHMETJ@BrooklynDA.org]
**Sent:** Thursday, December 20, 2012 02:36 PM
**To:** Aronofsky, Patti; szp0@cbsnews.com <szp0@cbsnews.com>
**Cc:** VECCHIONE, MICHAEL F <VECCHIOM@BrooklynDA.org>
**Subject:** Brooklyn DA

Mike and I met with the DA. Things went well. We sold him on it. Of course you need to come in and speak with him. I do think the four of us should meet once more before you see him.
When are you available directly after the New Year?


```
Jerry Schmetterer
Director of Public Information
Kings County District Attorney
350 Jay Street
Brooklyn, N.Y. 11201
718-250-2300
```

| | |
|---|---|
| **From:** | SCHMETTERER,JERRY <SCHMETJ@BrooklynDA.org> |
| **Sent:** | Thursday, December 20, 2012 2:37 PM |
| **To:** | Aronofsky, Patti; szp0@cbsnews.com |
| **Cc:** | VECCHIONE, MICHAEL F |
| **Subject:** | Brooklyn DA |

Mike and I met with the DA. Things went well. We sold him on it. Of course you need to come in and speak with him. I do think the four of us should meet once more before you see him.
When are you available directly after the New Year?


Jerry Schmetterer
Director of Public Information
Kings County District Attorney
350 Jay Street
Brooklyn, N.Y. 11201
718-250-2300

| | |
|---|---|
| **From:** | SCHMETTERER,JERRY <SCHMETJ@BrooklynDA.org> |
| **Sent:** | Friday, December 07, 2012 9:26 AM |
| **To:** | Aronofsky, Patti |
| **Cc:** | VECCHIONE, MICHAEL F |
| **Subject:** | lunch |

Patti,
Mike is up for it. Can we have lunch Wednesday around 1 pm. You pick the spot.


Jerry Schmetterer
Director of Public Information
Kings County District Attorney
350 Jay Street
Brooklyn, N.Y. 11201
718-250-2300

**From:** SCHMETTERER,JERRY <SCHMETJ@BrooklynDA.org>
**Sent:** Thursday, December 13, 2012 8:36 AM
**To:** Aronofsky, Patti
**Cc:** VECCHIONE, MICHAEL F; Zirinsky, Susan
**Subject:** Re: lunch

Ok

---

**From:** Aronofsky, Patti <PA2@cbsnews.com>
**To:** SCHMETTERER,JERRY
**Cc:** VECCHIONE, MICHAEL F; Zirinsky, Susan <SZP@cbsnews.com>
**Sent:** Wed Dec 12 15:41:53 2012
**Subject:** RE: lunch

1pm Thursday at Trattoria Del Arte 7th ave. off 57th st. Ok?

1

CBS000005

| | |
|---|---|
| **From:** | Zirinsky, Susan |
| **Sent:** | Thursday, December 13, 2012 9:48 AM |
| **To:** | SCHMETTERER,JERRY; Aronofsky, Patti |
| **Cc:** | VECCHIONE, MICHAEL F |
| **Subject:** | RE: lunch |

Jerry/Michael:
Within the last few minutes I have a health emergency with my mother…..
I'm waiting to admit her to a hospital. I'm sorry to have to do this.
Can you do next MON / TUES OR WED
Just to let you know

there is a real opportunity for this project and those above me when I mentioned the potential were extremely excited by it.

So anxious to meet ….
I apologize, aging parents are tough especially when you really like them !!!!

Let me know you got this
Best Z


 ...  ...insky I senior executive producer lszp@cbsnews.com I 212 975-6472 I cell 917 886-1257

**From:** SCHMETTERER,JERRY [mailto:SCHMETJ@BrooklynDA.org]
**Sent:** Thursday, December 13, 2012 8:36 AM
**To:** Aronofsky, Patti
**Cc:** VECCHIONE, MICHAEL F; Zirinsky, Susan
**Subject:** Re: lunch

Ok

---

**From:** Aronofsky, Patti <PA2@cbsnews.com>
**To:** SCHMETTERER, JERRY
**Cc:** VACCINE, MICHAEL F; Zirinsky, Susan <SZP@cbsnews.com>
**Sent:** Wed Dec 12 15:41:53 2012
**Subject:** RE: lunch

1pm Thursday at Trattoria Del Arte 7th ave. off 57th st. Ok?

| | |
|---|---|
| **From:** | VECCHIONE, MICHAEL F <VECCHIOM@BrooklynDA.org> |
| **Sent:** | Thursday, December 13, 2012 10:08 AM |
| **To:** | Zirinsky, Susan; SCHMETTERER,JERRY; Aronofsky, Patti |
| **Subject:** | Re: lunch |

Susan- we're sorry to hear about your mom but completely understand. Having had to care for my aging father I know how difficult and unpredictable these situations are.... I've spoken to Jerry and we're both available next Wed the 19th. I would however ask that you and Patty come to Brooklyn, if possible. I have a bunch of things going on investigation wise and it's important to stay close by. Looking forward to meeting you and discussing the project. Best of luck with your mom.
Michael

---

**From:** Zirinsky, Susan <SZP@cbsnews.com>
**To:** SCHMETTERER,JERRY; Aronofsky, Patti <PA2@cbsnews.com>
**Cc:** VECCHIONE, MICHAEL F
**Sent:** Thu Dec 13 09:48:05 2012
**Subject:** RE: lunch

Jerry/Michael:
Within the last few minutes I have a health emergency with my mother.....
I'm waiting to admit her to a hospital. I'm sorry to have to do this.
Can you do next MON / TUES OR WED
Just to let you know

there is a real opportunity for this project and those above me when I mentioned the potential were extremely excited by it.

So anxious to meet ....
I apologize, aging parents are tough especially when you really like them !!!!

Let me know you got this
Best Z


susan zirinsky I senior executive producer lszp@cbsnews.com I 212 975-6472 I cell 917 886-1257

---

**From:** SCHMETTERER,JERRY [mailto:SCHMETJ@BrooklynDA.org]
**Sent:** Thursday, December 13, 2012 8:36 AM
**To:** Aronofsky, Patti
**Cc:** VECCHIONE, MICHAEL F; Zirinsky, Susan
**Subject:** Re: lunch

Ok

---

**From:** Aronofsky, Patti <PA2@cbsnews.com>
**To:** SCHMETTERER, JERRY
**Cc:** VACCINE, MICHAEL F; Zirinsky, Susan <SZP@cbsnews.com>
**Sent:** Wed Dec 12 15:41:53 2012
**Subject:** RE: lunch

1

1pm Thursday at Trattoria Del Arte  7th ave. off 57th st.  Ok?

CBS000008

**From:** Zirinsky, Susan
**Sent:** Thursday, December 13, 2012 10:11 AM
**To:** VECCHIONE, MICHAEL F; SCHMETTERER,JERRY; Aronofsky, Patti
**Subject:** RE: lunch

Done
can we say1pm ? is that good and we'll lock logistics of where to meet thanks
and thanks for understanding

susan zirinsky I senior executive producer lszp@cbsnews.com I 212 975-6472 I cell 917 886-1257

**From:** VECCHIONE, MICHAEL F [mailto:VECCHIOM@BrooklynDA.org]
**Sent:** Thursday, December 13, 2012 10:08 AM
**To:** Zirinsky, Susan; SCHMETTERER,JERRY; Aronofsky, Patti
**Subject:** Re: lunch

Susan- we're sorry to hear about your mom but completely understand. Having had to care for my aging father I know how difficult and unpredictable these situations are.... I've spoken to Jerry and we're both available next Wed the 19th. I would however ask that you and Patty come to Brooklyn, if possible. I have a bunch of things going on investigation wise and it's important to stay close by. Looking forward to meeting you and discussing the project. Best of luck with your mom.
Michael

**From:** Zirinsky, Susan <SZP@cbsnews.com>
**To:** SCHMETTERER,JERRY; Aronofsky, Patti <PA2@cbsnews.com>
**Cc:** VECCHIONE, MICHAEL F
**Sent:** Thu Dec 13 09:48:05 2012
**Subject:** RE: lunch

Jerry/Michael:
Within the last few minutes I have a health emergency with my mother.....
I'm waiting to admit her to a hospital. I'm sorry to have to do this.
Can you do next MON / TUES OR WED
Just to let you know

there is a real opportunity for this project and those above me when I mentioned the potential were extremely excited by it.

So anxious to meet ….
I apologize, aging parents are tough especially when you really like them !!!!

Let me know you got this
Best Z

susan zirinsky I senior executive producer lszp@cbsnews.com I 212 975-6472 I cell 917 886-1257

**From:** SCHMETTERER,JERRY [mailto:SCHMETJ@BrooklynDA.org]
**Sent:** Thursday, December 13, 2012 8:36 AM
**To:** Aronofsky, Patti

1

CBS000009

**Cc:** VECCHIONE, MICHAEL F; Zirinsky, Susan
**Subject:** Re: lunch

Ok

---

**From:** Aronofsky, Patti <PA2@cbsnews.com>
**To:** SCHMETTERER, JERRY
**Cc:** VACCINE, MICHAEL F; Zirinsky, Susan <SZP@cbsnews.com>
**Sent:** Wed Dec 12 15:41:53 2012
**Subject:** RE: lunch

1pm Thursday at Trattoria Del Arte 7th ave. off 57th st. Ok?

2

**From:** VECCHIONE, MICHAEL F <VECCHIOM@BrooklynDA.org>
**Sent:** Thursday, December 13, 2012 10:14 AM
**To:** Zirinsky, Susan; SCHMETTERER,JERRY; Aronofsky, Patti
**Subject:** Re: lunch

Wed at 1pm works. We'll wait to hear from you on a location.

---

**From:** Zirinsky, Susan <SZP@cbsnews.com>
**To:** VECCHIONE, MICHAEL F; SCHMETTERER,JERRY; Aronofsky, Patti <PA2@cbsnews.com>
**Sent:** Thu Dec 13 10:11:13 2012
**Subject:** RE: lunch

Done
can we say1pm ? is that good and we'll lock logistics of where to meet thanks
and thanks for understanding

susan zirinsky I senior executive producer lszp@cbsnews.com I 212 975-6472 I cell 917 886-1257

---

**From:** VECCHIONE, MICHAEL F [mailto:VECCHIOM@BrooklynDA.org]
**Sent:** Thursday, December 13, 2012 10:08 AM
**To:** Zirinsky, Susan; SCHMETTERER,JERRY; Aronofsky, Patti
**Subject:** Re: lunch

Susan- we're sorry to hear about your mom but completely understand. Having had to care for my aging father I know how difficult and unpredictable these situations are.... I've spoken to Jerry and we're both available next Wed the 19th. I would however ask that you and Patty come to Brooklyn, if possible. I have a bunch of things going on investigation wise and it's important to stay close by. Looking forward to meeting you and discussing the project. Best of luck with your mom.
Michael

---

**From:** Zirinsky, Susan <SZP@cbsnews.com>
**To:** SCHMETTERER,JERRY; Aronofsky, Patti <PA2@cbsnews.com>
**Cc:** VECCHIONE, MICHAEL F
**Sent:** Thu Dec 13 09:48:05 2012
**Subject:** RE: lunch

Jerry/Michael:
Within the last few minutes I have a health emergency with my mother.....
I'm waiting to admit her to a hospital. I'm sorry to have to do this.
Can you do next MON / TUES OR WED
Just to let you know

there is a real opportunity for this project and those above me when I mentioned the potential were extremely excited by it.

So anxious to meet ....
I apologize, aging parents are tough especially when you really like them !!!!

Let me know you got this

CBS000011

Best Z

susan zirinsky I senior executive producer Iszp@cbsnews.com I 212 975-6472 I cell 917 886-1257

**From:** SCHMETTERER,JERRY [mailto:SCHMETJ@BrooklynDA.org]
**Sent:** Thursday, December 13, 2012 8:36 AM
**To:** Aronofsky, Patti
**Cc:** VECCHIONE, MICHAEL F; Zirinsky, Susan
**Subject:** Re: lunch

Ok

**From:** Aronofsky, Patti <PA2@cbsnews.com>
**To:** SCHMETTERER, JERRY
**Cc:** VACCINE, MICHAEL F; Zirinsky, Susan <SZP@cbsnews.com>
**Sent:** Wed Dec 12 15:41:53 2012
**Subject:** RE: lunch

1pm Thursday at Trattoria Del Arte 7th ave. off 57th st. Ok?

2

CBS000012

**From:** SCHMETTERER,JERRY <SCHMETJ@BrooklynDA.org>
**Sent:** Thursday, December 13, 2012 10:14 AM
**To:** Zirinsky, Susan; VECCHIONE, MICHAEL F; Aronofsky, Patti
**Subject:** RE: lunch

No problem. Good luck with mom.

```
Jerry Schmetterer
Director of Public Information
Kings County District Attorney
350 Jay Street
Brooklyn, N.Y. 11201
718-250-2300
```

**From:** Zirinsky, Susan [mailto:SZP@cbsnews.com]
**Sent:** Thursday, December 13, 2012 10:11 AM
**To:** VECCHIONE, MICHAEL F; SCHMETTERER,JERRY; Aronofsky, Patti
**Subject:** RE: lunch

Done
can we say1pm ? is that good and we'll lock logistics of where to meet thanks
and thanks for understanding

 I senior executive producer Iszp@cbsnews.com I 212 975-6472 I cell 917 886-1257

**From:** VECCHIONE, MICHAEL F [mailto:VECCHIOM@BrooklynDA.org]
**Sent:** Thursday, December 13, 2012 10:08 AM
**To:** Zirinsky, Susan; SCHMETTERER,JERRY; Aronofsky, Patti
**Subject:** Re: lunch

Susan- we're sorry to hear about your mom but completely understand. Having had to care for my aging father I know how difficult and unpredictable these situations are.... I've spoken to Jerry and we're both available next Wed the 19th. I would however ask that you and Patty come to Brooklyn, if possible. I have a bunch of things going on investigation wise and it's important to stay close by. Looking forward to meeting you and discussing the project. Best of luck with your mom.
Michael

**From:** Zirinsky, Susan <SZP@cbsnews.com>
**To:** SCHMETTERER,JERRY; Aronofsky, Patti <PA2@cbsnews.com>
**Cc:** VECCHIONE, MICHAEL F
**Sent:** Thu Dec 13 09:48:05 2012
**Subject:** RE: lunch

Jerry/Michael:
Within the last few minutes I have a health emergency with my mother.....
I'm waiting to admit her to a hospital. I'm sorry to have to do this.

CBS000013

Can you do next MON / TUES OR WED
Just to let you know

there is a real opportunity for this project and those above me when I mentioned the potential were extremely excited by it.

So anxious to meet ….
I apologize, aging parents are tough especially when you really like them !!!!

Let me know you got this
Best Z

 Susan Zirinsky | senior executive producer | szp@cbsnews.com | 212 975-6472 | cell 917 886-1257

**From:** SCHMETTERER,JERRY [mailto:SCHMETJ@BrooklynDA.org]
**Sent:** Thursday, December 13, 2012 8:36 AM
**To:** Aronofsky, Patti
**Cc:** VECCHIONE, MICHAEL F; Zirinsky, Susan
**Subject:** Re: lunch

Ok

---

**From:** Aronofsky, Patti <PA2@cbsnews.com>
**To:** SCHMETTERER, JERRY
**Cc:** VACCINE, MICHAEL F; Zirinsky, Susan <SZP@cbsnews.com>
**Sent:** Wed Dec 12 15:41:53 2012
**Subject:** RE: lunch

1pm Thursday at Trattoria Del Arte  7th ave. off 57th st.  Ok?

| | |
|---|---|
| **From:** | SCHMETTERER,JERRY <SCHMETJ@BrooklynDA.org> |
| **Sent:** | Monday, December 17, 2012 6:22 PM |
| **To:** | Aronofsky, Patti; VECCHIONE, MICHAEL F |
| **Subject:** | RE: WED LUNCH MEETING |

Buon gusto

**From:** Aronofsky, Patti [mailto:PA2@cbsnews.com]
**Sent:** Monday, December 17, 2012 5:19 PM
**To:** SCHMETTERER,JERRY; VECCHIONE, MICHAEL F
**Subject:** WED LUNCH MEETING

Looking forward to Wednesday's lunch. Hopefully Z's mom will be doing ok. I want to make a reservation. Where should we dine?