# EXHIBIT E



DISTRICT ATTORNEY OF KINGS COUNTY
MUNICIPAL BUILDING
BROOKLYN, N.Y. 11201-3745
(718) 802-2000

CHARLES J. HYNES
DISTRICT ATTORNEY

**M E M O R A N D U M**

May 12, 1993

**INVESTIGATORS' DIRECTIVE**
**NUMBER - 14B**

TO          :   ALL DETECTIVE AND RACKETS INVESTIGATORS

FROM        :   CHIEF INVESTIGATOR ALBERT A. PICA

SUBJECT     :   INSTRUCTIONS FOR CUSTODY

**INSTRUCTIONS FOR CUSTODY**

1)   Extreme caution will be exercised by detectives assigned to a custody.

There are many reasons why a person is placed in custody. It is usually for his/her own protection. Therefore the location of the custody must be kept strictly confidential. In the case of a hostile witness or potential arrestee, Detectives will exercise sufficient control to guard against escape.

All custodies will be maintained utilizing at least two Detectives. Both assigned Detectives shall be with the custody at all times. The Detectives are the first and last word in the exercise of discretion where safety is concerned, both for themselves and the custody. Any error in judgement could jeopardize their own safety as well as that of the custody. Keep this in mind at all times. When the custody is a female, one of the assigned Detectives will also be a female.

2)   No unauthorized persons are permitted in the rooms with either the custody or the assigned Detectives without the permission of the Chief Investigator. No alcoholic beverages are to be consumed by Detectives while on duty.

3)   Detectives and custodies are not to make out of city calls without authorization of a Supervisor.

4)   A daily log shall be maintained of all movements of the custody with in and out times and locations indicated. Detectives will notify their respective offices by telephone when going out of the custody location.

Personnel assigned will sign in and out in their own handwriting. Any unusual occurence will be noted in the log book. If Custody is on medication, this also will be noted.

QUEZADA  148

No meal expenses will be paid for personnel on overtime. The money for the custody will be handled by the Detectives assigned. No incidental expenses are to be paid from the meal money. Money for incidental expenses will be furnished separately after authorization by the A.D.A. in charge of the investigation. A log entry will be made for all expenses incurred.

5) No visitors will be allowed to have access to the custody without the permission of the Chief Investigator. No telephone calls will be made by the custody to the A.D.A. handling the case. All calls will be cleared through the supervisors who will call the A.D.A. if necessary.

When custdoy leaves location for Court or D.A. prep., extreme caution will be exercised by members assigned to the custody at all times, as there could be attempts to silence a witness. Detective Investigators have final responsibility for the safety of the custody. Detectives are to be alert at all times - No sleeping. Custody may be difficult at times. Be tactful and confer with supervisors to resolve any conflict.

6) Whenever transporting the custody, assigned personnel are to be alert for possible tails and are to take necessary precaution against detection. A chase vehicle will be provided when threat assessment indicates such security measures are warranted. When reporting for duty to the custody, assigned personnel are to be alert for possible tails also. Any visitor or Detective could be followed to the protective location. Evasive driving techniques and change of route are to be utilized. Personnel selected for this duty must be of t he highest possible calibre. Due to the nature of most custodies, intelligence and mature judgement required.

7) Assigned personnel will be provided with a portable radio - city-wide and office.

8) During other than normal working hours, Emergency notifications to Supervisors and Assistant District Attorneys will be made via the 24-hour Security Desk located on the 4th floor of the Municipal Building. Telephone (718) 802-2616.

9) Assigned personnel will not discuss any aspect of the case or investigation with the custody, even if custody initiates such conversation.

10) Hallway doors will be secured at all times with a security lock in the custodies room. This lock will be checked by the Detectives at the start of each tour and a log entry of the inspection will be placed in the custody log book. The door between the room will have the lock removed and will be kept open at all times.

QUEZADA   149