**NAMES REDACTED FOR PRIVACY REASONS**

**NAMES THAT ARE DISCLOSED WERE REPORTED IN MEDIA**

**RR – Resignation Requested**

**VR – Voluntary Resignation**

This list sets forth formal disciplinary actions.  It does not include the names of Assistant District Attorneys whose conduct in the prosecution of a particular case was the subject of review by and discussion with an Executive or Supervising Appellate Attorney when a case was conceded or a decision reversed or an issue raised by an appellate court.

| | | | |
|---|---|---|---|
| 1. | **J. A.** | RR | Termination date: 02/08/12<br>Substandard performance[*] |
| 2. | **M.A.** | Terminated | Termination date: 07/16/92<br>Substandard performance |
| 3. | **A.A.** | RR | Termination date: 06/18/96<br>Substandard performance |
| 4. | **C. A.** | RR | Termination date: 12/31/94<br>Substandard performance |
| 5. | **Imran H. Ansari** | | Arrested, suspended,<br>Criminal charges dismissed<br>reinstated |
| 6. | **R. A.** | RR | Termination date: 02/20/98<br>Substandard performance |
| 7. | **M.A.** | RR | Termination date: 04/14/95<br>Substandard performance |
| 8. | **E.A.** | RR | Termination date: 12/09/94<br>Substandard performance |
| 9. | **N.A.** | RR | Termination date: 06/30/95<br>Substandard performance |

---

[*] Newly appointed Assistant District Attorneys are monitored and evaluated on a continuous basis in each of their assignments.  Their supervisors provide regular feedback about their progress in the early stages of their careers.  When assistants become more experienced they are evaluated on an annual basis.

10.    **H. B.**                          Termination date: 02/24/98
                        RR              Substandard performance

11.    **L.B.**                          Termination date: 12/05/97
                        RR              Substandard performance

12.    **D. B.**                         Termination date: 02/01/95
                        RR              Substandard performance

13.    **R. B.**                         Termination date: 03/03/98
                Terminated              Substandard performance

14.    **E. B.**                         Termination date: 10/02/95
                        RR              Substandard performance

15.    **R. B.**                         Termination date: 11/05/10
                Terminated              Substandard performance

16.    **M. B.**                         Termination date: 01/24/97
                        RR              Substandard performance

17.    **A.B.**                          Termination date: 08/08/97
                        RR              Substandard performance

18.    **G. B.**                         Termination date: 08/09/02
                        RR              Substandard performance

19.    **M.B.**                          Termination date: 12/31/94
                        RR              Substandard performance

20.    **K. B.**                         Termination date: 04/26/96
                        RR              Substandard performance

21.    **M. B.**                         Termination date: 10/27/94
                Terminated              Substandard performance

22.    **S. B.**                         Termination date: 12/31/93
                        RR              Substandard performance

23.    **H. B.**                         Termination date: 12/30/94
                        RR              Substandard performance

24.    **J. C.**                         Termination date: 04/07/00
                        RR              Substandard performance

25.    **Joseph Cardieri**               Termination date: 01/14/94
                Terminated              Investigated, terminated
                                        Violated office policy on political conduct

26. **L. C.**
    RR
    Termination date: 05/31/02
    Substandard performance

27. **M. C.**
    RR
    Termination date: 11/21/97
    Substandard performance

28. **J. C.**
    RR
    Termination date: 11/02/98
    Substandard performance

29. **C. C.**
    RR
    Termination date: 05/21/02
    Substandard performance

30. **T. C.**
    RR
    Termination date: 06/30/95
    Substandard performance

31. **N. C.**
    Terminated
    Termination date: 01/05/02
    Substandard performance

32. **P. C.**
    RR
    Termination date: 12/30/94
    Substandard performance

33. **Charles Coleman**
    VR
    Termination date: 08/28/09
    Investigated, suspended
    Voluntary resignation
    Violated office policy/procedures

34. **L. C.**
    RR
    Termination date: 09/01/95
    Substandard performance

35. **W. C.**
    RR
    Termination date: 12/30/94
    Substandard performance

36. **J. C.**
    RR
    Termination date: 06/30/95
    Substandard performance

37. **M. C.**
    RR
    Termination date: 01/22/93
    Substandard performance

38. **A. C.**
    Terminated
    Termination date: 11/04/94
    Substandard performance

39. **W. C.**
    RR
    Termination date: 09/30/95
    Substandard performance

40. **A. D.**
    RR
    Termination date: 12/05/97
    Substandard performance

| 41. | **P. D.** | | Termination date: 08/09/02 |
| | | RR | Substandard performance |

| 42. | **A. D.** | | Termination date: 06/30/95 |
| | | RR | Substandard performance |

| 43. | **M. D.** | | Termination date: 09/13/00 |
| | | Terminated | Substandard performance |

| 44. | **R. D.** | | Termination date: 01/19/96 |
| | | RR | Substandard performance |

| 45. | **B. D.** | | Termination date: 03/01/13 |
| | | RR | Substandard performance |

| 46. | **P. D.** | | Termination date: 06/30/95 |
| | | RR | Substandard performance |

| 47. | **S. D.** | | Termination date: 12/01/06 |
| | | Terminated | Substandard performance |

| 48. | **E. D.** | | Termination date: 06/30/95 |
| | | RR | Substandard performance |

| 49. | **A.D.** | | Termination date: 04/14/95 |
| | | RR | Substandard performance |

| 50. | **Stephanie-Ama E. Dwimoh** | | Termination date: 11/30/10 |
| | | VR | Investigated, suspended, voluntary resignation, Violated office policy/procedures |

| 51. | **R. E.** | | Termination date: 01/22/93 |
| | | RR | Substandard performance |

| 52. | **G. E.** | | Termination date: 12/30/94 |
| | | RR | Substandard performance |

| 53. | **D. E.** | | Termination date: 05/17/02 |
| | | RR | Substandard performance |

| 54. | **A. F.** | | Termination date: 05/21/02 |
| | | RR | Substandard performance |

| 55. | **N. F.** | | Termination date: 12/04/98 |
| | | RR | Investigated, suspended, resignation requested Unprofessional conduct |

| 56. | **J. F.** | | Termination date: 12/31/93 |
| | | Terminated | Substandard performance |

| 57. | **Sandra I. Fernandez** | | Termination date: 02/07/07 |
| | | Terminated | Investigated, terminated, |
| | | | Pled Guilty, disbarred |
| | | | **People v. Scott, 2004/2005** |
| | | | **People v. Jean, 2811/2005** |

| 58. | **C. F.** | | Termination date: 02/15/95 |
| | | RR | Substandard performance |

| 59. | **A. F.** | | Termination date: 03/25/11 |
| | | Terminated | Substandard performance |

| 60. | **J. F.** | | Termination date: 09/22/95 |
| | | RR | Substandard performance |

| 61. | **L. F.** | | Termination date: 09/01/95 |
| | | RR | Substandard performance |

| 62. | **J. F.** | | Termination date: 11/06/98 |
| | | RR | Substandard performance |

| 63. | **S. F.** | | Termination date: 12/15/95 |
| | | RR | Substandard performance |

| 64. | **M. G.** | | Termination date: 02/16/96 |
| | | RR | Substandard performance |

| 65. | **V. G.** | | Termination date: 08/02/00 |
| | | RR | Substandard performance |

| 66. | **G. G.** | | Termination date: 04/28/95 |
| | | RR | Substandard performance |

| 67. | **R. G.** | | Termination date: 06/30/95 |
| | | RR | Substandard performance |

| 68. | **A. G.** | | Termination date: 11/05/10 |
| | | Terminated | Substandard performance |

| 69. | **J. G.** | | Termination date: 12/04/98 |
| | | RR | Substandard performance |

| 70. | **R. G.** | | Termination date: 02/03/95 |
| | | RR | Substandard performance |

71. **M.G.**
RR
Termination date: 06/30/95
Substandard performance

72. **R. G.**
RR
Termination date: 12/31/93
Substandard performance

73. **H. G.**
RR
Termination date: 12/21/94
Substandard performance

74. **A. G.**
RR
Termination date: 07/22/94
Substandard performance

75. **S. G.**
RR
Termination date: 10/07/97
Substandard performance

76. **A. G.**
Terminated
Termination date: 04/03/95
Substandard performance

77. **M. G.**
RR
Termination date: 06/30/95
Substandard performance

78. **C. H.**
RR
Termination date: 12/30/94
Substandard performance

79. **T. H.**
RR
Termination date: 02/28/97
Substandard performance

80. **D. H.**
RR
Termination date: 06/30/95
Substandard performance

81. **J. H.**
RR
Termination date: 11/09/00
Substandard performance

82. **S. H.**
RR
Termination date: 02/28/97
Substandard performance

83. **E. H.**
RR
Termination date: 11/08/99
Substandard performance

84. **L. H.**
RR
Termination date: 06/30/95
Substandard performance

85. **A. H.**
RR
Termination date: 04/26/96
Substandard performance

86. **A. H.**
RR
Termination date: 06/30/95
Substandard performance

| 87. | **Pamela Hayes** | | Termination date: 07/14/92 |
| | | RR | Investigated, resignation requested |
| | | | Allegation of Professional Misconduct |

| 88. | **S. H.** | | Termination date: 4/17/97 |
| | | RR | Substandard performance |

| 89. | **N. H.** | | Termination date: 3/21/98 |
| | | Terminated | Substandard performance |

| 90. | **Lauren Hersh** | | Termination date: 5/25/12 |
| | | VR | Investigated, voluntary resignation |
| | | | Rosario/Brady/Giglio issues |
| | | | **People v. Dula, 5226/2011** |
| | | | **People v. Crooks, 5226/2011** |

| 91. | **R. H.** | | Termination date: 6/30/95 |
| | | RR | Substandard performance |

| 92. | **C. H.** | | Termination date: 01/14/13 |
| | | RR | Investigated, resignation requested |
| | | | Violated EEO policy |

| 93. | **Daniel Hollman** | | Termination date: 12/05/97 |
| | | RR | Substandard performance |

| 94. | **M. H.** | | Termination date: 10/28/10 |
| | | Terminated | Substandard performance |

| 95. | **S. H.** | | Termination date: 04/15/95 |
| | | RR | Substandard performance |

| 96. | **C. H.** | | Termination date: 06/17/05 |
| | | VR | Investigated, suspended, voluntary resignation |
| | | | Violated EEO Policy |

| 97. | **N. I.** | | Termination date: 09/26/96 |
| | | RR | Substandard performance |

| 98. | **Michael T. Jaccarino** | | Termination date: 11/09/12 |
| | | VR | Arrested, suspended, pled guilty, |
| | | | Voluntary resignation |

| 99. | **S. J.** | | Termination date: 01/19/96 |
| | | RR | Substandard performance |

| | | | |
|---|---|---|---|
| 100. | **J. J.** | | Termination date: 07/31/97 |
| | | RR | Substandard performance |
| 101. | **J. J.** | | Termination date: 08/09/02 |
| | | RR | Substandard performance |
| 102. | **H. J.** | | Termination date: 11/22/96 |
| | | RR | Substandard performance |
| 103. | **J. K.** | | Termination date: 06/26/98 |
| | | RR | Substandard performance |
| 104. | **S. K.** | | Termination date: 10/21/97 |
| | | RR | Substandard performance |
| 105. | **H. K**. | | Termination date: 06/30/95 |
| | | RR | Substandard performance |
| 106. | **R. K.** | | Termination date: 01/19/96 |
| | | RR | Substandard performance |
| 107. | **J. K.** | | Termination date: 12/05/97 |
| | | RR | Substandard performance |
| 108. | **N. K.** | | Termination date: 12/01/97 |
| | | RR | Substandard performance |
| 109. | **Mathew F. Knouff** | | Termination date: 08/08/08 |
| | | Terminated | Investigated, suspended, terminated |
| | | | Violated office policy/procedures |
| 110. | **D. K.** | | Termination date: 06/21/12 |
| | | RR | Substandard performance |
| 111. | **S. K.** | | Termination date: 12/09/97 |
| | | RR | Substandard performance |
| 112. | **J. L.** | | Termination date: 05/24/02 |
| | | RR | Substandard performance |
| 113. | **F. L.** | | Termination date: 11/08/99 |
| | | RR | Substandard performance |
| 114. | **D. L.** | | Termination date: 01/19/96 |
| | | RR | Substandard performance |

| | | | |
|---|---|---|---|
| 115. | **D. L.** | RR | Termination date: 01/22/93<br>Substandard performance |
| 116. | **K. L.** | RR | Termination date: 05/03/99<br>Substandard performance |
| 117. | **M. L.** | Terminated | Termination date: 04/30/96<br>Substandard performance |
| 118. | **J. L.** | RR | Termination date: 12/05/97<br>Substandard performance |
| 119. | **E. L.** | Terminated | Termination date: 01/19/12<br>Substandard performance |
| 120. | **B. L.** | Terminated | Termination date: 03/20/08<br>Investigated, terminated<br>Violated office policy/procedure |
| 121. | **M. L.** | RR | Termination date: 01/25/12<br>Substandard performance |
| 122. | **H. L.** | RR | Termination date: 12/28/94<br>Substandard performance |
| 123. | **R. L.** | RR | Termination date: 02/05/92<br>Substandard performance |
| 124. | **M. L.** | RR | Termination date: 09/01/95<br>Substandard performance |
| 125. | **E. M.** | RR | Termination date: 12/30/93<br>Substandard performance |
| 126. | **Francis A. Mainiero** | Terminated | Termination date: 03/15/01<br>Investigated, terminated<br>Unprofessional conduct |
| 127. | **E. M.** | RR | Termination date: 06/30/95<br>Substandard performance |
| 128. | **R. M**. | RR | Termination date: 02/28/95<br>Substandard performance |
| 129. | **M. M.** | RR | Termination date: 06/27/97<br>Substandard performance |

| | | | |
|---|---|---|---|
| 130. | **J. M.** | | Termination date: 12/30/10 |
| | | RR | Substandard performance |
| 131. | **Justin Marrus** | | Investigated, suspended, reinstated |
| | | | Violated office EEO policy |
| 132. | **M. M.** | | Termination date: 09/28/93 |
| | | RR | Substandard performance |
| 133. | **D.M.** | | Termination date: 01/19/96 |
| | | RR | Substandard performance |
| 134. | **C.M.** | | Termination date: 11/21/97 |
| | | RR | Substandard performance |
| 135. | **B. M.** | | Termination date: 11/08/99 |
| | | RR | Substandard performance |
| 136. | **R. M.** | | Termination date: 08/08/97 |
| | | RR | Substandard performance |
| 137. | **M. M.** | | Termination date: 06/30/95 |
| | | RR | Substandard performance |
| 138. | **J. M.** | | Termination date: 04/28/95 |
| | | RR | Substandard performance |
| 139. | **J. M.** | | Termination date: 02/28/97 |
| | | RR | Substandard performance |
| 140. | **R. M.** | | Termination date: 06/30/95 |
| | | RR | Substandard performance |
| 141. | **Carol L. Moran** | | Termination date: 01/06/12 |
| | | Retired | Investigated, suspended, retired |
| | | | Violated office policy/procedures |
| 142. | **William Moran** | | Termination date: 01/22/93 |
| | | RR | Investigated, suspended, resignation requested |
| | | | Violated office policy/procedures |
| 143. | **Danielle Muscatello** | | Termination date: 11/16/09 |
| | | VR | Investigated, suspended, voluntary resignation |
| | | | Unprofessional conduct |
| | | | Suspended 1 year from practice of law |
| | | | **People  v. Hardy, 9685/2009** |

144.  **C. N.**                              Termination date: 08/02/02
                         RR                  Substandard performance

145.  **M. N.**                              Termination date: 06/30/95
                         RR                  Substandard performance

146.  **D. N.**                              Termination date: 06/18/02
                         Terminated          Substandard performance

147.  **E. N.**                              Termination date: 12/31/94
                         RR                  Substandard performance

148.  **Eugene J. O'Donnell**                Termination date: 08/13/96
                         RR                  Arrested, suspended, resignation requested
                                             Unprofessional conduct

149.  **K. O.**                              Investigated, suspended, reinstated
                                             Violated office policy/procedure

150.  **V. O.**                              Termination date: 06/16/94
                         Terminated          Substandard performance

151.  **M. O.**                              Termination date:  01/22/96
                         RR                  Substandard performance

152.  **Yaser R. Othman**                    Arrested, suspended
                                             Remains suspended

153.  **C. O.**                              Termination date: 10/02/12
                         Terminated          Substandard performance

154.  **C. O.**                              Termination date: 11/19/97
                         RR                  Substandard performance

155.  **D. P.**                              Termination date: 11/21/97
                         RR                  Substandard performance

156.  **M. P.**                              Investigated, suspended, reinstated
                                             Violated EEO Policy

157.  **E. P.**                              Termination date: 10/17/10
                         Terminated          Substandard performance

158.  **J. P.**                              Termination date: 06/30/95
                         RR                  Substandard performance

159.  **Kirby Payne**          Termination date: 11/17/09
              VR            Investigated, suspended, voluntary resignation
                              Rosario/Brady/Giglio issues,
                              **People  v. Miller, 8860/2007**

160.  **P. P.**               Termination date: 11/22/95
              RR            Substandard performance

161.  **T.P.**                Termination date: 12/30/94
              RR            Substandard performance

162.  **M. P.**               Termination date: 05/14/97
              RR            Substandard performance

163.  **M. P.**               Termination date: 06/30/95
              RR            Substandard performance

164.  **Mark J. Posner**      Termination date: 7/29/13
              VR            Investigated, suspended, reinstated
                              Voluntary resignation
                              Violated office policy/procedures

165.  **B. P.**               Termination date: 12/30/94
              RR            Substandard performance

166.  **R. R.**               Termination date: 06/30/95
              RR            Substandard performance

167.  **Y.R.**                Termination date: 02/08/12
              RR            Substandard performance

168.  **Robert Reuland**      Termination date: 07/20/01
              Terminated    Substandard performance

169.  **R. R.**               Termination date: 01/12/95
              RR            Substandard performance

170.  **B. R.**               Termination date: 10/29/93
              RR            Substandard performance

171.  **Deanna M. Rodriguez** Termination date:  06/14/13
              Terminated    Investigated, suspended, terminated
                              Violated EEO policy

172.  **M. R.**               Termination date: 09/29/95
              RR            Substandard performance

| | | | |
|---|---|---|---|
| 173. | **T. R.** | RR | Termination date: 04/02/93 <br> Substandard performance |
| 174. | **J. R.** | Terminated | Termination date: 01/09/13 <br> Substandard performance |
| 175. | **D. R.** | RR | Termination date: 05/24/02 <br> Substandard performance |
| 176. | **A. R.** | RR | Termination date: 01/28/94 <br> Substandard performance |
| 177. | **B.R.** | RR | Termination date: 08/08/97 <br> Substandard performance |
| 178. | **K. R.** | Terminated | Termination date: 10/29/10 <br> Substandard performance |
| 179. | **N.J.R.** | VR | Termination date: 11/23/10 <br> Investigated, suspended, voluntary resignation <br> Substandard performance |
| 180. | **P. S.** | RR | Termination  date: 08/11/97 <br> Substandard performance |
| 181. | **B. S.** | RR | Termination date: 01/17/97 <br> Substandard performance |
| 182. | **A. S.** | RR | Termination date: 12/05/97 <br> Substandard performance |
| 183. | **Y. S.** | Terminated | Termination date: 02/25/10 <br> Substandard performance |
| 184. | **Z. S.** | RR | Termination date: 01/25/12 <br> Substandard performance |
| 185. | **S. S.** | RR | Termination date: 11/14/97 <br> Substandard performance |
| 186. | **S. S.** | RR | Termination date: 01/24/97 <br> Substandard performance |
| 187. | **E. S.** | RR | Termination date:04/03/95 <br> Substandard performance |
| 188. | **C. S.** | RR | Termination date: 06/30/95 <br> Substandard performance |

189.  **M. S.**                          Termination date: 09/22/08
                        Terminated        Investigated, suspended, terminated
                                          Unprofessional conduct

190.  **B. S.**                          Termination date:04/23/97
                        RR                Substandard performance

191.  **E. S.**                          Termination date: 01/19/96
                        RR                Substandard performance

192.  **Wynton O. Sharpe**               Termination date: 05/27/12
                        Terminated        Investigated, suspended
                                          Failure to disclose conflict
                                          Arrested, terminated
                                          Unprofessional conduct

193.  **D. S.**                          Termination date: 11/23/12
                        RR                Substandard performance

194.  **S. S.**                          Termination date: 08/08/97
                        RR                Substandard performance

195.  **L. S.**                          Termination date: 10/27/10
                        Terminated        Substandard performance

196.  **L. S.**                          Termination date: 06/20/96
                        Terminated        Investigated, suspended, terminated
                                          **(File cannot be located)**

197.  **D.S.**                           Investigated, suspended, reinstated
                                          Violated office policy/procedure

198.  **L. S.**                          Termination date: 02/14/06
                        Terminated        Substandard performance

199.  **L. S.**                          Termination date: 10/01/95
                        RR                Substandard performance

200.  **S. S.**                          Termination date: 09/15/00
                        VR                Investigated, suspended
                                          Voluntary resignation

201.  **R. S.**                          Termination date: 06/30/95
                        RR                Substandard performance

| | | | |
|---|---|---|---|
| 202. | **J. S.** | Terminated | Termination date: 01/05/95<br>Investigated, suspended, terminated<br>Unprofessional conduct |
| 203. | **S. S.** | RR | Termination date: 10/04/02<br>Substandard performance |
| 204. | **R. T.** | RR | Termination date: 03/29/93<br>Substandard performance |
| 205. | **C.T.** | RR | Termination date: 10/05/95<br>Substandard performance |
| 206. | **G. T.** | Terminated | Termination date: 09/15/95<br>Substandard performance |
| 207. | **A.T.** | RR | Termination date: 05/08/13<br>Substandard performance |
| 208. | **A. T.** | Terminated | Termination date: 04/03/98<br>Substandard performance |
| 209. | **G. T.** | RR | Termination date: 01/17/97<br>Substandard performance |
| 210. | **A.T.** | RR | Termination date: 06/30/95<br>Substandard performance |
| 211. | **H. U.** | RR | Termination date: 11/03/95<br>Substandard performance |
| 212. | **J. U.** | | Investigated, suspended, reinstated |
| 213. | **R. S.** | RR | Termination date: 07/09/98<br>Substandard performance |
| 214. | **J. V.** | RR | Termination date: 06/30/95<br>Substandard performance |
| 215. | **I. V.** | RR | Termination date: 10/07/97<br>Substandard performance |
| 216. | **B. W.** | RR | Termination date: 08/08/97<br>Substandard performance |
| 217. | **B.W.** | Terminated | Termination date: 02/03/92<br>Substandard performance |

| 218. | **J. W.** | RR | Termination date: 10/27/10<br>Substandard performance |
| 219. | **B. W.** | Terminated | Termination date: 06/11/93<br>Substandard performance |
| 220. | **A. W.** | RR | Termination date: 02/20/96<br>Substandard performance |
| 221. | **M.W.** | Terminated | Termination date: 01/21/03<br>Substandard performance |
| 222. | **S.W.** | RR | Termination date: 01/22/93<br>Substandard performance |
| 223. | **A. W.** | RR | Termination date: 02/10/95<br>Substandard performance |
| 224. | **Ingrid Wylie** | Terminated | Termination date: 07/01/99<br>Investigated, terminated<br>Unprofessional conduct |
| 225. | **R. Y.** | RR | Termination date: 11/10/97<br>Substandard performance |
| 226. | **I. Y.** | RR | Termination date: 01/24/97<br>Substandard performance |
| 227. | **S. Y.** | RR | Termination date: 11/07/97<br>Substandard performance |
| 228. | **B. Z.** | VR | Termination date: 09/18/98<br>Investigated, suspended<br>Substandard performance<br>Voluntary resignation |
| 229. | **P. Z.** | RR | Termination date: 06/30/95<br>Substandard performance |